864

## UNITED STATES v. BULLOCK'S, Inc.
### No. 10125.

Circuit Court of Appeals, Ninth Circuit.
May 4, 1942.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Thomas R. Dempsey and Wellman P. Thayer, both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal herein, D.C., 43 F.Supp. 861, dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## UNITED STATES v. DESMOND'S.
### No. 10124.

Circuit Court of Appeals, Ninth Circuit.
May 4, 1942.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Thomas R. Dempsey and Wellman P. Thayer, both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## UNITED STATES v. LA YEBANA CO., Inc.
### No. 10121.

Circuit Court of Appeals, Ninth Circuit.
May 4, 1942.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Frank L. Lawrence, George R. Tuttle, and Charles F. Lawrence, all of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and by direction of the Court, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

## UNITED STATES v. Henry Charles WELLER.
### No. 10120.

Circuit Court of Appeals, Ninth Circuit.
May 4, 1942:

Carl C. Donaugh, U. S. Atty., and Francis J. McGan, Atty. Dept. of Justice, both of Portland, Or., for appellant.

Allan A. Bynon, of Portland, Or., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and by direction of the Court, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.